# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF

v.                  NO. 4:11CR00032-01 JLH

DENNIS SHANROCK, III                              DEFENDANT

## ORDER

On February 10, 2014, the Court appointed Assistant Federal Public Defender Latrece Gray to represent defendant Dennis Shanrock, III, during revocation proceedings. Attorney Omar Greene entered his appearance as retained counsel on February 21, 2014. Document #53.

IT IS THEREFORE ORDERED that Omar Greene is hereby substituted as counsel of record for defendant Dennis Shanrock, III, and Assistant Federal Public Defender Latrece Gray is relieved from any further representation of defendant in this matter.

The motion for continuance of the February 26, 2014, revocation hearing is GRANTED. Document #54. A new hearing date will be set by separate notice.

IT IS SO ORDERED this 24th day of February, 2014.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE