**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            NO. 4:11CR00032-01 JLH

DENNIS SHANROCK, III                                                                                        DEFENDANT

**ORDER**

Court convened on Thursday, March 27, 2014, for a hearing on the government's motion to revoke the probation of defendant Dennis Shanrock, III. Document #50. Assistant United States Attorney Cameron McCree, standing in for Assistant United States Attorney Marsha Clevenger, was present for the government. The defendant appeared in person and with his attorney, Omar Greene, II.

Upon inquiry from the Court, the defendant admitted the allegations in the petition to revoke concerning failure to participate in sex offender treatment classes. The Court was previously informed that the defendant had satisfied the monetary requirements included in the petition to revoke. Following witness testimony, and statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of probation previously imposed by the Court. The defendant was directed to report to the United States Probation Office to complete the proper paperwork for readmission in sex offender treatment and that he must complete the required forms himself.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of probation previously imposed by June 25, 2014. In the event the defendant

is found to be in violation of his probation conditions prior to June 25, 2014, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing. If there are no additional violations and the defendant abides by all conditions of probation, the motion to revoke will be dismissed.

    IT IS SO ORDERED this 27th day of March, 2014.

                                                _____
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE