**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                           NO. 4:11CR00032 JLH

DENNIS SHANROCK, III                                                                                            DEFENDANT

**ORDER**

Pending before the Court is the government's motion for modification of conditions of probation of defendant Dennis Shanrock, III, and request for hearing. Document #61. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to modify is scheduled to begin on **MONDAY, JUNE 29, 2015, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DENNIS SHANROCK, III**, and deliver to the United States Marshal for service.

IT IS SO ORDERED this 18th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE