**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                              NO. 4:11CR00032-01 JLH

DENNIS SHANROCK, III                                                                 DEFENDANT

## ORDER

    The hearing on the government's motion for modification of conditions of probation of defendant Dennis Shanrock, III, is hereby rescheduled for **THURSDAY, NOVEMBER 12, 2015, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.  Document #61.

    IT IS SO ORDERED this 21st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE