**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                        No. 4:11CR00032-01 JLH

DENNIS SHANROCK, III                                                                                     DEFENDANT

## ORDER

Pending before the Court is defendant's motion for continuance of the probation modification hearing currently set for November 12, 2015. The motion is GRANTED. Document #70.

The hearing on the pending motion to modify probation is hereby rescheduled for **THURSDAY, NOVEMBER 19, 2015, at 1:30 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #61.

IT IS SO ORDERED this 12th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE